# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Cordero Amos #R73125 )
Pontiac C.C. )
700 W. Lincoln Street P.O. Box 99 )
Pontiac, IL. 61764 )
Plaintiff(s)/Petitioner(s) )

v.

Anthony D. Wills (C A O) Menard c.c )
Adjustment Committee members )
Tact Team C/os at Menard C.C )
Medical Staff at Menard C.C )
Defendant(s)/Respondent(s) )

Case Number: **23-848-NJR**

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

SCANNED AT PON CC
EMAILED 3/14/23 (date)
BY _____ (Intials)
53 (# of pages)

## I.  JURISDICTION

### Plaintiff:

A.  Plaintiff's mailing address, register number, and present place of confinement.

Cordero Amos
ID R73125
Pontiac C.C.

Cordero Amos #R73125
700 W. Lincoln St. P.O. Box 99
Pontiac, IL. 61764

### Defendant #1:

B.  Defendant Anthony. Wills _____ is employed as
(a)     (Name of First Defendant)

Chief Administrative Officer (Warden)
(b)              (Position/Title)

with Menard C.C. P.O. Box 1000 Menard, IL, 62259
(c)     (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:
Defendant was (C.A.O) at Menard C.C. at the time this happed and was
made aware of everything and did nothing

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _Jane Doe_____ is employed as

(Name of Second Defendant)

_Medical staFF_____

(Position/Title)

with _Menard C.C. P.O.Box 1000 Menard,IL.62259_

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☑ Yes    ☐ No

If you answer is YES, briefly explain:

I was denied proper medical treatment in retaliation by many
medical staff. Defendant was employed by Menard C.C.
medical Staff.

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

John Doe
            Name

Tact Team Members from 11/24/20 who were in incident.
        Position

Menard C.C. P.O.Box 1000 Menard,IL.62259
            Employers Name and Address

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☑No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability,** including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):

Defendant(s):

2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

7.    Approximate date of filing lawsuit:

8.    Approximate date of disposition:

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

III.    **GRIEVANCE PROCEDURE**

A.    Is there a prisoner grievance procedure in the institution? ☑ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take?



I Counselor
2 Grievance OFFicer
3 Springfield, ARB

All got the same grievance for help AO on did any thing. The Warden Anthony Wills w In Knowledge of this and did nothing!

2.    What was the result?
The ARB said I Failed to Follow DR.504F.

D.    If your answer is NO, explain why not.

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

F.    If your answer is YES,
1.    What steps did you take?

Rev. 10/3/19

2.    What was the result?

The ARB just said Failure to follow DR504F.

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Here is two grievances with Full procedure followed with the answer's from the only people I can appealke too. I Also have A Letter From Lawyers to show I have been trying to get counsel. One letter is most important because it shows I had a lawyer contact the warden here in Menard C.C. to save video Footage for Future legal purpose! Under Exhibit [C]

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as po sible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

First I was taken out oF a cell For something That I had nothing to do with, M Cell mate had a line up not me. Then I was beat all the way to seg. The c/os beat me unconscious and put me in a cell this way. I was cuFFed up already Then the same (sgt Jackson) who sent me to seg was one of the three hearing members on my Adjustment Committee! This alone is wrong by Menard C.C. own rules. Anyone who was directly envolved in the inciden can not decide punisment! I was beat while in hand cuFFs! on 11/24.

I was taken out my cell with cell mate and we both were beat by fact team on the way to seg and while we got there, I was Knocked out. This is an extrem constitutional rights violation. Then the ticket I went to Date of Seg For the same (sgt Jackson) was one oF the three Hearing members! Hearing 12/1/20 This was clear Due prosess violation From what I understand. I go to physical therapy For my shoulder to this day. The Adjustment Committee was wrong! The medical staFF was wrong! The Warden (CAO) was wrong! I was denied medical treatment For weel as punishment For what I was in seg For, this was wrong We were hurt bad by the beating the c/os fact team put on us! I did a year and a half in "seg" in Menard C.C. oFF this adjustment commitee on 12/1/20! I have suFFerd mentally, physically in many way For people whe you think would and should help make you a better person abuse a system, one of the only ones we have to help give us a Fair voice take away by these wrong doers!

Rev. 10/3/19

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I want this court to have the Menard C.C. pay me $1300.00, three Hundred dollars a day For every day I was put in seg due to the Adjustment Committee on 12/4/20! I would like the court to order also $100,000. One Hundred thousand For the way the Menard staff handled the way I was beat, no medical help and put in seg with no fair hearing take off my record this ticket and any other In front of this same AC is wrong.

## VI.    JURY DEMAND (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:  2/28/23
(date)

_Cordero Amos_
Signature of Plaintiff

700 W. Lincoln Street P.O. Box 99
Street Address

Cordero Amos
Printed Name

Pontiac, IL 61764
City, State, Zip

R73125
Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19

**United States District Court**
**SOUTHERN DISTRICT OF ILLINOIS**

Cordero Amos #R73125
_____
        Plaintiff,

VS.

Anthony D. Wills Menard Warden
_____
        Defendant        C.C.

)
)
)
)
)
)
)
)
)

Case No.: _____

## NOTICE OF FILING

TO:  Clerk of Court
     United States District Court
     Southern District of Illinois
     750 Missouri Ave.
     East St. Louis, IL. 62201

TO:  _____
     _____
     _____
     _____
     _____

TO:  _____
     _____
     _____
     _____

TO:  _____
     _____
     _____
     _____

PLEASE TAKE NOTICE that on  2 / 28 , 20 23 , I have provided service to the person(s) listed above by the following means:

☑  Electronically filed through Pontiac Correctional Law Library

☐  Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 2/28/23

/s/ Cordero Amos
NAME: Cordero Amos
IDOC#: Pontiac C.C. R73125
Pontiac Correctional Center
P.O. Box 99
Pontiac , IL 61764

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

(Exhibit A)

**Offender:** Amos
Last Name

Cordero
First Name

MI

R73125
ID#

**Facility:** Menard CC

☒ Grievance: Facility Grievance # (if applicable) 43-12-20    Dated: 12/1/2020    or ☐ Correspondence: Dated: _____

Received: 1/6/2021    Regarding: ODR dated 11/24/20
Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information.  Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee.  If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to:  Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
Date

☐ No justification provided for additional consideration.

**Other** (specify): Failure to follow DR504F.

Completed by: Adewale Kuforiji
Print Name

Signature

4/21/2021
Date

Distribution:    Offender
Inmate Issues

*Printed on Recycled Paper*

DOC 0070 (Rev. 3/2018)

N2-02-31

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received:** 12/17/2020          **Date of Review:** 12/22/2020          **Grievance #** (optional): 43-12-20

**Offender:** Amos, Cordero                                                          **ID#:** R73125

**Nature of Grievance:**

Staff Conduct

**Facts Reviewed:**

Offender submitted a grievance dated 12/1/2020 and grieves the TACT Team was called to his cell after refusing to cuff up. Offender states he was punched in the face by staff, treated for injuries at the HCU, and taken to segregation while unconscious. Offender states the same staff involved in the incident were also on the Adjustment Committee hearing.

Relief requested: Release from Seg and transfer.

Counselor responded on 12/8/2020 – Offender Amos and Offender Martinez (M20833) refused multiple direct orders to be restrained and escorted to Restrictive Housing. TACT Team was initiated and in the duration between Internal Affairs arriving and starting video footage of the offender's actions and TACT arriving to cell 9-04, Offender Amos assaulted staff, by spitting on staff on three separate occasions. Offender Amos was highly intoxicated at the time of the incident and personally caused injuries to himself prior to TACT teams arrival (visible on video footage).

Continued on page two.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

Jeff Mulholland
_____                          _____
Print Grievance Officer's Name                              Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**RECEIVED**

**Date Received:** DEC 2 8 2020          ☑ I concur          ☐ I do not concur          ☐ Remand

**Action Taken:**

_____                          12/24/20
Chief Administrative Officer's Signature                    Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Cordero Amos                                    R73125          12/29/20
_____                 _____
Offender's Signature                            ID#              Date

RECEIVED

JAN 0 6 2021
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)

Amos and Martinez refused to comply with TACT teams direct orders to submit to restraints to be removed without issues, therefore OC was utilized and the TACT team entered the cell to secure offenders Amos and Martinez with the least amount of force necessary. Offender Amos allegations of Sgt. Jones and Sgt Jackson being part of his disciplinary hearing is made without merit. A review with the Adjustment Committee revealed that Sgt Hart and Lt. Shoenbeck were the Adjustment Committee Review members in Amos hearing. Offender Amos was present for his disciplinary hearing and allowed a chance to give his side of the story, therefore his allegations of being denied his due process are made without merit as well. Offender Amos was highly intoxicated and was escorted by security staff to his cell as they felt that would be the bes option available to the safety of the offender and staff involved.

Grievance Office reviewed on 12/22/2020 – Contacted I/A and Adjustment Committee. I/A advised the response from the counselor was accurate. The Committee advised the hearing was in accordance with DR 504.80.

RECEIVED

DEC 0 7 2020

Cell location  N2-2-31

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

Date: 12/1/20

Offender: (Please Print) Cordero Amos

ID#: R73125

Present Facility: Menard

Facility where grievance issue occurred: Menard

43-12-20 Men

**NATURE OF GRIEVANCE:**

☐ Personal Property
☒ Staff Conduct
☐ Transfer Denial by Facility

☐ Mail Handling
☐ Dietary
☐ Transfer Denial by Transfer Coordinator

☐ Restoration of Good Time
☐ Medical Treatment

☐ ADA Disability Accommodation
☐ HIPAA
☐ Other (specify):

RECEIVED

☐ Disciplinary Report: 11/24/20
Date of Report

Facility where issued DEC 17 2020
MENARD CC
GRIEVANCE OFFICE

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On the above date and time I went to seg from East House 9-04. I was taken from my cell by tact team after I refused to cuff up for the gallery C/o writting me and my cellie a ticket for a line I had nothing to do with. Sgt Jackson came to my door and got me and my cellies IDs with no resistance. Later he came back to the door and told us we were going to seg. I asked why both of us were going to seg he said that's the way it is. I had a problem and refused! Multiple people came to the door asking what the problem was and telling me to cuff up. Sgt Jackson than told me he was going to have me fucked up and make sure I get alot of seg time and that he would be on the Adjustment Committee! Sgt Jackson as well as (sgt Jones) which was one of the C/os on the tact-team that came and got me out of the cell on the above date punched me in the face.

Relief Requested: Releas from seg and transfer

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____   _____   _____
Offender's Signature         ID#      Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 12, 8, 2020

☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

ATTACH.

Response: ERTIA response - Attached on a 2nd grievance. Offender wishes to continue the grievance process this attachment its the response and must accompany 1st page.

12,8,20

_____   _____   _____
Print Counselor's Name        Counselor's Signature    Date of Response

RECEIVED

JAN 0 6 2021

ADMINISTRATIVE
REVIEW BOARD

**EMERGENCY REVIEW**

Date Received: _____/_____/_____

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____   _____
Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender

Page 1   7C   Staff conduct

DOC 0046 (8/2012)

Printed on Recycled Paper

Cell location

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

and who's name was not down on the ticket as one of the c/o's on the tact team and also in the room in the Adjustment Committee told me that we do what we want to do in Menard! and no one can stop us especilly not a dumb thug like me! If you review the video footage you will see Sgt Jones there on the tact team! Why was his name not on the ticket? Why was he(sgt Jones) and sgt Jackson on the Adjustment committee when they both were directly envolved in the incident that took place in me coming to seg? One was the cell house sgt the other was on the tact team and punched me in the face in which I had to go to Menard health care and get butter fly strips to close the gash's on my face and put in seg unconscious in a cell. They brough me to seg in a wheelchair and put me in cell 231. Please check the camera footage! I'm scared for my life and have seen people beat and die here, in Menard because of how these c/o's and staff treat people, this is a place of rehabilitation and discipline but ran unprofessional to say the least. Please look at everything I said and check the video from the cell extraction! Check with Menard health care to see if I didn't have several cuts in my nose and face consistant with getting punched several times in the face and nose! Check and see if sgt Jones was apart of the cell extraction team and in the Adjustment Committee hearing!, Check to see if sgt Jackson didn't work as east cell house sgt, come to my door that day to tell me he was going to fuck me up and make sure I got alot of time in seg. I don't know or remember what I did to make them mad like this but I did refuse to cuff up and go to seg for a line that I had nothing to do with. This is like a pattern for the staff to take me to seg every year to spend the holidays and my birthday. This can't continue to be over looked and normalized because my life might depend on it! The things i'm talking about is a clear Constitutional violation to my due process rights in the hearing as being an american. Please don't let this place continue to under mind me as being a man and a person. Check the seg camera's and see if they didn't bring me to seg in a wheelchair unconscious and drag me in cell 231 North 2 seg! These are not small problem's the due process and the fact that I was beat and put in a cell unconscious, people die from things like this as well as are deprived of the very thing that us as americans appreciate as life and liberty!! Hold Menard C.C and staff accountable and responsible to the standard of what's expected in a professional and rehabilitative manner for a corrections facility this is egregious behaviour and I believe deliberate indifference. Help!!! I also have cuts on my wrist from how tight the hand cuffs were from the extraction

1st Lvl rec: 12/7/20

2nd Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

| Date: 12/1/20 | Offender (please print): AMOS, COROGRO | ID #: R 73125 | Race (optional): |
|---|---|---|---|

| Present Facility: MCC | Facility where grievance issue occurred: MCC |
|---|---|

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify):
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report

**RECEIVED**
**DEC 17 2020**
**MENARD C.C.**
**GRIEVANCE OFFICE**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

- [ ] Continued on reverse

**Relief Requested:**

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [ ] Check if this is NOT an emergency grievance.

| Offender's Signature | ID# | Date |
|---|---|---|

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)    Date Received: 12/8/20    [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:
Offender AMOS and Offender RAUL MARTINEZ (M20833) refused multiple direct orders to be restrained and escorted to Restrictive Housing. TACT Team was initiated and in the duration between Internal Affairs arriving and starting video footage of the offender's actions and TACT arriving to cell 9-04, Offender AMOS assaulted staff, by spitting on staff, on 3 separate occasions. Offender AMOS was highly intoxicated at the time of the incident and personally caused injuries to himself prior to TACT teams' arrival (visible on video footage). AMOS and MARTINEZ refused to comply with TACT team's direct orders to submit to restraints to be removed without issues, therefore OC was utilized, and the TACT team entered the cell to secure offenders AMOS and MARTINEZ with the least amount of force necessary. Offender AMOS allegations of Sgt. JONES and Sgt. JACKSON being a part of his disciplinary hearing is made without merit. A review with the adjustment committee revealed that Sgt. HART and Lt. SHOENBECK were the Adjustment Committee Review members in AMOS hearing. Offender AMOS was present for his disciplinary hearing and allowed a chance to give his side of the story, therefore his allegations of being denied his due process are made without merit as well. Offender AMOS was highly intoxicated and was escorted by security staff to

12/8/20

RECEIVED
JAN 06 2021
ADMINISTRATIVE
REVIEW BOARD

| Print Counselor's Name | Sign Counselor's Name | Date |
|---|---|---|

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

| EMERGENCY REVIEW: | Date Received: |
|---|---|

Is this determined to be of an emergency nature:

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

| Chief Administrative Officer's Signature | Date |
|---|---|

Distribution: Master File; Offender                Page 1 of 2                DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: _____    Housing Unit: _____    Bed #: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

continued from page 1 .... his cell as they felt that would be the best option available for the safety of the offender and staff involved.

SEG RELEASE AND TRANSFER WILL NOT BE
GRANTED AS A GRIEVANCE RELIEF.

RECEIVED

DEC 17 2020
MENARD CC
GRIEVANCE OFFICE

12/13/20

Ok here goes the lousy egregious behavior that is expected and normalized by staff here in Menard. The very people who are employed to be professional and looked to for help and rehabilitation are found behaving like criminals and liers. Is this what we have to look forward to? Is it to much to ask to be treated fairly? If im wrong I should be punished as long as things are done according to the rules the staff has been employed, paid, and expected to follow as apart of their contractual agreement to the state of Illinois! All this comes from a response a counselor put as an attachment to my grievance that is said not to be a response but must accompany my grievance that has several lies to persuade the next staff member who has to read my grievance to give me a fair process. The next person to read this grievance should do his own investigation as to what has been grieved but I need to point out the blatant and shameless lies that were stated by this counselor. The most hurtful is the attempted cover up that prejudiced me from a fair hearing in the first place, with the fact that two of the very people who were directly involved in the incident that lead ~~in~~ me coming to seg were also directly in the Adjustment Committee hearing itself, one Sgt Jackson was on the Committee and sgt Jones was in the room to ensure that I got as much seg time as I could to make them happy. This is unfair to me and the right to due process given to me by the Constitution of the United States of America. I just want to be looked at and treated like a person as hard as it is for y'all to do it's the law! I talked to several people who went to the Adjustment Committee the same day I did and all of them 12/1/2020

RECEIVED

JAN 06 2021

ADMINISTRATIVE
REVIEW BOARD

said sgt Jackson was on the board/Hearing Committee and has his name on there Final Summary Report as being there! All of them has time that are consistant with being seen one after the other and I fall right in that time line but this counselor has tried to lie and chang the name from Jackson to Hart! IF you look and Find the officer's assignment For that day 12/1/2020 you will see im telling the truth and I hope you do just that but I don't think you will you will side with the lie and cover up. The second thing was this person said I caused injuries to myself as can be seen on video. I was beat and put in a cell unconscious. IF I was causing injuries to self is the right way to do thing to put me in a cell in seg and not check up on me? They have room's for people who hurt themselves this was no way to treat a human being! This is all a lie and will be prooved by the same video footage and the seg video in the end if I don't get what is right and just on an institutional level! I am a human, a man who was wronged and I do have a voice it might be small but it will be heard and I will get justice by Menard CC by springfield or the court's! One way or another Truth will prevail! Help Me Please

RECEIVED

JAN 0 6 2021
ADMINISTRATIVE
REVIEW BOARD

RECEIVED

DEC 17 2020
MENARD CC
GRIEVANCE OFFICE

Exhibit (A)                                    12/13/20

This is a list of a few people who went to the Adjustmen
Committee the same day, around the same time and
all say "sgt" Jackson was on the Committee and on there
Final Summary Report! This cannot be swept under
the rug as a clerical error!

;Bush #ID Y29991   12/1/2020  time; 9:03 AM
Rich #M12218   12/1/2020
Woods #M03664   12/1/2020

RECEIVED

DEC 17 2020

MENARD CC
GRIEVANCE OFFICE

RECEIVED

JAN 06 2021

ADMINISTRATIVE
REVIEW BOARD

(Exhibit B)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

**Offender:** Amos <sub></sub> Cordero <sub></sub> R73125
      Last Name      First Name      MI      ID#

**Facility:** Menard CC

☒ Grievance: Facility Grievance # (if applicable) 153-12-20 ____ Dated: 12/14/20 ____ or ☐ Correspondence: Dated: ____

Received: 1/4/2021 ____ Regarding: ODR dated 11/24/20
      Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ____
      Date

☐ No justification provided for additional consideration.

**Other** (specify): Failure to follow DR504F.

Completed by: Adewale Kuforiji                          4/21/2021
      Print Name                    Signature              Date

Distribution:  Offender                    *Printed on Recycled Paper*                    DOC 0070 (Rev. 3/2018)
      Inmate Issues

Case 3:23-cv-00848-MAB    Document 1    Filed 03/14/23    Page 20 of 40    Page ID #20

To whom this may concern. Menard did not give me the original grievance back, im scared they are trying to stop me from being heard! I was beat and put in a cell unconscious and now they are covering this up! All they have to do is show the camera footage. Some one must help before they kill another human being down here in Menard! Please Help! My name is Cordero Amos #R73125

**RECEIVED**

JAN 04 2021

ADMINISTRATIVE
REVIEW BOARD

N2-02-31

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
| --- |

Date Received: 12/18/2020          Date of Review: 12/22/2020          Grievance # (optional): 153-12-20

Offender: Amos, Cordero                                                                          ID#: R73125

**Nature of Grievance:**

Staff Conduct
Disciplinary Report 11/24/2020 Menard CC

**Facts Reviewed:**

Offender submitted a grievance dated 12/14/2020 and grieves two people involved in his Adjustment Committee hearing were also involved in the incident he was issued the ODR for. Offender states he was violated his due process.

Relief requested: "Release from seg and transfer."

Grievance Office reviewed on 12/22/2020 – A review with the Adjustment Committee revealed that Sgt Hart and Lt. Shoenbeck were the Adjustment Committee Review members in Amos hearing. Offender Amos was present for his disciplinary hearing and allowed a chance to give his side of the story, therefore his allegations of being denied his due process are made without merit. The Committee advised the hearing was in accordance with DR 504.80.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED.

Jeff Mulholland
_____
Print Grievance Officer's Name                                    Grievance Officer's Signature
(Attach a copy of Offender's Grievance, including counselor's response if applicable)

RECEIVED          **Chief Administrative Officer's Response**

Date Received:  DEC 2 8 2020          ☑ I concur          ☐ I do not concur          ☐ Remand

**Action Taken:**

_____
Chief Administrative Officer's Signature                              12/24/20
                                                                                                          Date

| Offender's Appeal To The Director |
| --- |

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____
Offender's Signature          R73125          12/29/20
                                                  ID#                              Date

RECEIVED

JAN 04 2021
ADMINISTRATIVE
REVIEW BOARD

Case 3:23-cv-00848-MAB    Document 1    Filed 03/14/23    Page 22 of 40    Page ID #22

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Housing Unit: _____ Bed #: _____

| Date: 12/14/20 | Offender: (Please Print) Cordero Amos | ID#: R73125 |
|---|---|---|
| Present Facility: Menard CC | Facility where grievance issue occurred: Menard CC 5-3-12-20 men | |

**NATURE OF GRIEVANCE:**

☐ Personal Property   ☐ Mail Handling   ☐ Restoration of Good Time   ☐ ADA Disability Accommodation

☑ Staff Conduct   ☐ Dietary   ☐ Medical Treatment   ☐ HIPAA

☐ Transfer Denial by Facility   ☐ Other (specify): _____

**RECEIVED**
**DEC 18 2020**
**MENARD CC GRIEVANCE OFFICE**

☐ Disciplinary Report: 11 / 24 / 20    Menard CC
Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): It is reprehensible for staff to lie and cover up wrong doing instead of reporting honestly what happend, and that is exactly what this staff member did. the person who responded to my grievance lied to cover up a crucial due process violation committed by the Adjustment Committee on 12/1/20. Two people involved in the hearing were also involved in the very incident that led in me coming to seg in the first place, this stopped me from having a fair hearing. I talked to a few people to see if they had sgt Jackson name on there Final Summery Report and they did, this came after my initial grievance and I saw

Relief Requested: Releas from Seg and transfer

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance.

_____    _____    _____
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** | |
|---|---|
| Date Received: ___/___/___ | ☐ Send directly to Grievance Officer   ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: _____

_____

_____    _____    _____
Print Counselor's Name    Counselor's Signature    Date of Response

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: ___/___/___ | Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

_____    _____
Chief Administrative Officer's Signature    Date

RECEIVED
JAN 04 2021
ADMINISTRATIVE REVIEW BOARD

Distribution: Master File; Offender    Page 1    3B ODR 11-24-20    DOC 0046 (1/2018)

Housing Unit: _____ Bed #: _____

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

that the name's were changed From Jackson to Hart! At what point did sgt Hart appear 12/1/20 on the Adjustment Committee hearing board. All of this should be on camera and loged in to the officer Assignment sheet for the day of 12/1/20. All im asking is for a fair investigation to reveal the truth and grant my relief requested



—— LAW OFFICES ——
# KENNETH N. FLAXMAN P.C.

December 30, 2020

Cordero Amos
R73125
P.O. Box 1000
Menard, Il. 62259

*Re: Your Letter*

Dear Mr. Amos:

Thank you for your letter. I will send the money to your books when we receive it.

And thanks for letting me know about Cortez. I will send him a letter.

Regarding the cell extraction you wrote about, I sent a letter to the Warden and to IDOC's General Counsel putting them on notice of the need to preserve all evidence about the extraction and the hearing, including videos.

At this time, that is all the action I can take on your behalf related to the cell extraction and hearing. I need to know more about the incident before I know whether I can get involved in any lawsuit. My office takes very few cases in the Southern District of Illinois.

Finally, I am glad to hear that you already filed a grievance. In case it is helpful, I'm enclosing a flier from the Uptown People's Law Center with some information about the grievance process.

Sincerely,

Joel Flaxman

Kenneth N. Flaxman    (312) 253-7189    knf@kenlaw.com    Joel A. Flaxman    (312) 253-7207    jaf@kenlaw.com

200 South Michigan Ave, Suite 201, Chicago, Illinois 60604 • T:(312) 427-3200 • F:(312) 427-3930 • www.kenlaw.com

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

 (Exhibit D)

**Offender:** Amos _____     Cordero _____     ____ R73125 _____
            Last Name                              First Name                      MI      ID#

**Facility:** Menard _____

☒ Grievance: Facility Grievance # (if applicable) 47-8-21 _____ Dated: 6/10/2021 _____ or ☐ Correspondence: Dated: _____

Received: 10/1/2021 _____ Regarding: Cell condition; claims confined in N2 Extended RHpast 60 days without access to cleaning supplies & recreation ___
              Date

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

---

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                    Date

☐ No justification provided for additional consideration.

---

**Other** (specify): FAILS TO PROVIDE ADEQUATE DESCRIPTIVE INFORMATION WITHIN GRIEVANCE. NO REVIEW FOR SUBMISSION.
_____

Completed by: Adewale Kuforiji _____     _____     10/19/2021
                    Print Name                            Signature                    Date

Distribution:  Offender              *Printed on Recycled Paper*              DOC 0070 (Rev. 3/2018)
               Inmate Issues

ₙ2-6-05

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE**

| Grievance Officer's Report |
|---|

Date Received: 09/13/2021     Date of Review: 09/14/2021     Grievance # (optional): 47-8-21

Offender: Amos, Cordero     ID#: R73125

**Nature of Grievance:**

Living conditions

**Facts Reviewed:**

GRIEVANCE DATED: June 10th, 2021 Offender submits grievance pursuant to DR 504 and the 8th Amendment to the US Constitution complaining of conditions of confinement to cruel and unusual punishment. He is confined in the North 2 cell house for at least the past sixty days and denied access to cleaning supplies. He is exposed to the fecal matter, saliva, blood, urine, semen and the like upon the many surfaces of his living space. Living among SMI prisoners denied access to tablets device, kiosks or his messaging account with GTL, access to the phone and is only given on 20 minute phone per month.

RELIEF REQUESTED: To be relieved of the above mentioned conditions immediately by proper provisions or shipment to a facility where such conditions do not exist and financial compensation for each day and everyday said conditions persist.

COUNSELORS RESPONSE: 8/10/21   Per Sanitation staff- ALL appropriate cleaning supplies are given in accordance to AD 05.15.100 RH.   These germ-killing caustics, a proper mixture of bleach and industrial cleaning soap, are provided to each cell 3xs weekly. The occupant or occupants are responsible for cleaning their own cell. Mattress exchanges are available when Supply Supervisors are notified by security that an exchange is necessary, and supply has them in stock. Inmates with the SMI designation have been housed in every cell house in most presumably every facility through the state since your admission in 1986. When offenders are knowingly involved in activities that are in violation of the rules, and are found guilty of such, segregation placement is a part of the discipline,

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be DENIED

Yvette Baker   - Menard Correctional Center

Print Grievance Officer's Name                         Grievance Officer's Signature

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

RECEIVED

Date Received: SEP 15 2021     ☑ I concur     ☐ I do not concur     ☐ Remand

Action Taken: BY:

Chief Administrative Officer's Signature     9/15/21
Date

| Offender's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Cordero Amos
Offender's Signature     R73125
ID#     9/27/21
Date

**RECEIVED**

OCT 0 1 2021

ADMINISTRATIVE
REVIEW BOARD

Distribution:   Master File; Offender                         Page 1                         DOC 0047 (Rev. 3/2019)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO OFFENDER'S GRIEVANCE** (Continued)

including the loss of PRIVILEGES. Offenders are well aware of the Segregation policies, as they have not changed. The use of phones while in segregation, is typically one of those LOST privileges, but as the COVID19 response continues, phone usage is permitted and the attached PAN list for N60127 shows that more than 1 call was made in the month of July, unless of course someone else was given all of these numbers including PIN#. continued..Tablets are considered an Audio/Visual privilege. In accordance with DR535.30 and A.D.05.15.100 (H),(9) and (J),(1),(u),(t): The offender may not have access to his tablet as he is in currently in Restrictive Housing and the access to Audio/Visual privileges are denied unless approved by MHP or the CAO. If the offender is in Restrictive Housing more than (60) days he may submit a written request to the CAO for restoration of his audio-visual privileges. The offender may utilize the USPS to send mail correspondence. A.D.05.15.100 (J), (1),(u) states: Offenders in RH shall not be afforded any audio/video privileges unless recommended by the MHA. Offenders in ERH may be afforded audio/visual privileges if written into their Individual Treatment Plan by the MHP or if approved by the CAO. Adequate lighting is need for observation purposes to uphold the safety and security of the facility. All segregation inmates are offered a razor at shower time, 3x per week so long as razors are available. Electric trimmers with a valid contract are also allowed in segregation.

GRIEVANCE OFFICE REVIEWED: 9/14/21 Issue appropriately addressed by counselor.
Grievance Office cannot award monetary compensation.

RECEIVED

OCT 0 1 2021

ADMINISTRATIVE
REVIEW BOARD

AUG 0 6 2021

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

1st Lvl rec:                                                                    2nd Lvl rec:

| Date: 6/10/21 | Offender (please print): Cordero Amos | ID #: R73125 | Race (optional): |
| Present Facility: Menard C.C | | Facility where grievance issue occurred: Menard C.C | |

47-8-21 men

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☐ Medical Treatment          ☐ ADA Disability Accommodation

☐ Staff Conduct          ☐ Dietary          ☐ HIPAA          ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility          ☒ Other (specify): 8th Amend, U.S. Const. Violations          **RECEIVED**

☐ Disciplinary Report          _____          SEP 13 2021

Date of report                                                        Facility where issued **MENARD CC**
**GRIEVANCE OFFICE**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
　Chief Administrative Officer, only if EMERGENCY grievance
　Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug
　issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

Grievant submits this grievance, pursuant to DR 504.810(9) et.seq. and the 8th Amendment to the U.S. Constitution, complaining of conditions of confinement tantamount to cruel and unusual punishment. The grievant is confined in the North II cell house in Extended Restrictive Housing (ERH). For at least the past sixty (60) days the grievant has been denied access to cleaning supplies. Despite distribution of bars of handwashing soap and offer of diluted cleaning solution, the grievant is provided no means to contain or use that

☐ Continued on reve

**Relief Requested:**

To be relived of the above mentioned conditions immedietly by proper provisions or shipment to a facility where such conditions do not exist and financial comparsation for each day and everyday said conditions persist.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Cordero Amos          R73125          6/10/21
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**     Date Received: 8-10-21     ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response: Response to this grievance is attached and must accompany the grievance thru process 3pg responses attached

HBOD          (signature)          8/25/21
Print Counselor's Name          Sign Counselor's Name          Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:**     Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____
Chief Administrative Officer's Signature          Date
Distribution: Master File; Offender          Page 1 of 2          8E Conditions of Confinement          DOC 0046 (Rev. 01/20)

**RECEIVED**
OCT 0 1 2021
ADMINISTRATIVE
REVIEW BOARD

Assigned Grievance #/Institution: _____    Housing Unit: _____ , Bed #: ___

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: ___

solution nor is he provided with any rags, sponge, broom, mop or any other implemants to clean his living quarters. He is thereby exposed to the fecal matter, saliva, blood, urine, semen and the like upon the many surfaces of his living space. The grievant is further exposed to these bodily secretions as he is forced to live among seriously mentally ill prisoners whom are known to project those same substances upon the persons of fellow prisoners and officers alike and known to spread the same upon themselves and the surfaces of their living areas. This exposes the grievant to any number of bacteria, pathogens, viruses and possible terminal illness all during a global pandemic that remains out of control. The grievant is provided with no pillow and forced to seek rest upon a severely damaged and extremely soiled mattress. The grievant is subjected to extreme sleep deprivation due to him being forced to be housed with S.M.I. prisoners known to kick their cell doors at all and scream at all hours of the day and night. The grievant is further deprived of meaningful sleep due to a bright light outside of his cell which remains on 24 hours a day. The grievant is denied his due three (3) shaves a week and forced to shave only once a week in clear contrast to institutional rule and provided with no haircut. Despite implementation of A.D. 05.15.100 , the grievant is denied access to his tablet device, kiosks or his messaging account with GTL and is denied meanigful access to the phone as he is only given one twenty (20) minute phone call per month. Such denials causes increased stress, worry and concern for family and friends as it would require 30 months to contact all listed on his approved calling list. These conditions, taken in their totality, amount to torture and cruel and unusual punishments. Officials are here by keenly aware and knowingly and intentionally subjecting the grievant to the afformentione conditions. The grievant wishes to resolve these issues with out further exhaustion of the grievance procedure or litigation. (E.O.S)

Assigned Grievance #/Institution: _____    Housing Unit: _____

1st Lvl rec: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec: _____

| Date: | Offender (please print): | ID #: | Race (optional): |
|---|---|---|---|

| Present Facility: | Facility where grievance issue occurred: |
|---|---|

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☐ Medical Treatment    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Good Conduct Credit

☐ Transfer Denial by Facility    ☐ Other (specify): _____

☐ Disciplinary Report _____

Date of report _____    Facility where issued _____

**RECEIVED**
**SEP 13 2021**
**MENARD CC**
**GRIEVANCE OFFICE**

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
    Chief Administrative Officer, only if EMERGENCY grievance
    Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

_____

_____

☐ Continued on reverse

**Relief Requested:**

_____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____  _____  _____
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**    Date Received: 8/10/21    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Sanitation staff- ALL appropriate cleaning supplies are given in accordance to AD 05.15.100 RH.   These germ-killing caustics, a proper mixture of bleach and industrial cleaning soap, are provided to each cell 3xs weekly. The occupant or occupants are responsible for cleaning their own cell. Mattress exchanges are available when Supply Supervisors are notified by security that an exchange is necessary, and supply has them in stock.  Inmates with the SMI designation have been housed in every cell house in most presumably every facility through the state since your admission in 2013.  When offenders are knowingly involved in activities that are in violation of the rules, and are found guilty of such, segregation placement is a part of the discipline, including the loss of PRIVILEGES.  Offenders are well aware of the Segregation policies, as they have not changed.  The use of phones while in segregation, is typically one of those LOST privileges, but as the COVID19 response continues, phone usage is permitted and Per IA phone records since July 1 offender has attempted 10 calls and 7 completed, unless of course someone else was given all of these numbers including PIN#.

Hood CCII
_____    _____    _____
Print Counselor's Name    Sign Counselor's Name    Date

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated.  Offender should submit this grievance according to standard grievance procedure

_____    _____
Chief Administrative Officer's Signature    Date

**RECEIVED**
**OCT 0 1 2021**
**ADMINISTRATIVE REVIEW BOARD**

Distribution: Master File; Offender      Page 1 of 2      DOC 0046 (Rev. 01/2020)

Assigned Grievance #/Institution: 4 + 8. 21 men    Housing Unit: N2 605

1st Lvl rec: 8/6/21

## ILLINOIS DEPARTMENT OF CORRECTIONS
### Offender's Grievance

2nd Lvl rec:

| Date: | Offender (please print): Amos | ID # R 73125 | Race (optional): |
|---|---|---|---|
| Present Facility: mcc | | Facility where grievance issue occurred: mcc | |

**Nature of grievance:**

☐ Personal Property   ☐ Mail Handling   ☐ Medical Treatment   ☐ ADA Disability Accommodation

☐ Staff Conduct   ☐ Dietary   ☐ HIPAA   ☐ Restoration of Good Conduct Credit

☐ Transfer Denial by Facility   ☐ Other (specify): _____

☐ Disciplinary Report

**RECEIVED**

SEP 13 2021

MENARD CC
GRIEVANCE OFFICE

_____ Date of report   _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

_____

☐ Continued on reverse

**Relief Requested:**

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

_____ Offender's Signature   _____ ID#   _____ Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 8/10/21   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**
continued. Tablets are considered an Audio/Visual privilege. In accordance with DR535.30 and A.D.05.15.100 (H),(9) and (J),(1),(u),(t): The offender may not have access to his tablet as he is in currently in Restrictive Housing and the access to Audio/Visual privileges are denied unless approved by MHP or the CAO. If the offender is in Restrictive Housing more than (60) days he may submit a written request to the CAO for restoration of his audio-visual privileges. The offender may utilize the USPS to send mail correspondence. A.D.05.15.100 (J), (1),(u) states: Offenders in RH shall not be afforded any audio/video privileges unless recommended by the MHA. Offenders in ERH may be afforded audio/visual privileges if written into their Individual Treatment Plan by the MHP or if approved by the CAO. Adequate lighting is need for observation purposes to uphold the safety and security of the facility. All segregation inmates are offered a razor at shower time, 3x per week so long as razors are available. Electric trimmers with a valid contract are also allowed in segregation. THIS IS A DUPLICATE PETITION STARTED BY Rivera N60127 whom resided in N2 609 until 8/20/2021.

Hood CCII
_____ Print Counselor's Name   _____ Sign Counselor's Name   _____ Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**RECEIVED**
**OCT 0 1 2021**
**ADMINISTRATIVE**
**REVIEW BOARD**

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:
☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ Chief Administrative Officer's Signature   _____ Date

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS



(Exhibit E)

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** AMOS, CORDERO

**Hearing Date/Time:** 12/1/2020   09:13 AM

**Incident Number:** 202001349/1 - MEN

**IDOC Number:** R73125

**Living Unit:** MEN-N2-02-31

**Status:** Expunged Final

**Race:** BLK

**Orientation Status:** N/A

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/24/2020 | 202001349/1-MEN | WILSON, PLEASANT G | EAST CELLHOUSE | 07:05 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | |
| 210 | Impairment Of Surveillance | |
| | *Comments:curtain* | |
| 313 | Disobeying a Direct Order | |
| 501 | Violating State Or Federal Laws | |
| | *Comments:state law* | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|
| No Witness Requested | | | |

## RECORD OF PROCEEDINGS
-Cellmate plead guilty and accepted responsibility for the charges.

## BASIS FOR DECISION
-Cellmate plead guilty and accepted responsibility for the charges.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| | ---- E X P U N G E D ---- |

**Basis for Discipline:**

## Signatures
### Hearing Committee

| SCHOENBECK, JOSHUA A  - Chair Person | Signature | 12/01/20 | WHI |
|---|---|---|---|
| | | Date | Race |
| HART, JASON N | Signature | 12/01/20 | BLK |
| | | Date | Race |

Recommended Action Approved

**Final Comments:** N/A

ANTHONY D WILLS / ADW  12/3/2020
**Chief Administrative Officer**

Signature                    12/03/20
                             Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**

12-8-20  1585
**When Served - - Date and Time**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** AMOS, CORDERO      **IDOC Number:** R73125      **Race:** BLK

**Hearing Date/Time:** 12/1/2020  09:13 AM      **Living Unit:** MEN-N2-02-31      **Orientation Status:** N/A

**Incident Number:** 202001341/1 - MEN      **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/24/2020 | 202001341/1-MEN | FRAZER, JUSTIN M | EAST CELLHOUSE | 01:30 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 601.Conspiracy/100 | Violent Assault Of Any Person - Staff<br>Comments:staff | Guilty |
| 102a | Assault with Injury<br>Comments:spit in staff eye | Guilty |
| 107 | Sexual Misconduct<br>Comments:kissingg i/m | Not Guilty |
| 111 | Security Threat Group or Unauthorized Organization<br>Comments:stg | Guilty |
| 203 | Drugs & Drug Paraphernalia<br>Comments:under the influence | Guilty |
| 205 | Gang Or Unauthorized Organization Activity | Guilty |
| 206 | Intimidation Or Threats | Guilty |
| 208 | Dangerous Communications<br>Comments:trying in incite other i/m to participat | Guilty |
| 304 | Insolence | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Inmate pled not guilty

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** AMOS, CORDERO               **IDOC Number:** R73125               **Race:** BLK

**Hearing Date/Time:** 12/1/2020  09:13 AM       **Living Unit:** MEN-N2-02-31       **Orientation Status:** N/A

**Incident Number:** 202001341/1 - MEN       **Status:** Final

## BASIS FOR DECISION

Based on the observation of reporting employee after being called to record East 9-04 on video camera, where offender Cordero AMOS R73125 and offender Raul MARTINEZ M20833 resided, until the Menard Tactical Team arrived. While recording East 9-04, offender AMOS spit on this R/O three separate times, striking this R/O in the right eye and face, the right side of the head, and upper torso area. At one point, offender AMOS attempted to grab or hit this R/O with his hand through the cell bars but was unsuccessful in making any contact. During this incident, offender AMOS made multiple threatening remarks on how he was going to beat up and kill this R/O, as well as, shout over the galleries multiple times, telling other offenders to beat up and kill this R/O when they had a chance. Offender AMOS continued to present the "pitchfork" Gang Sign with his hands (Verified by Menard Intel to be a Gangster Disciple Gang Affiliation Sign) multiple times and state Larry Hoover's name (founder of Gangster Disciples) at one point. All activity described in this Disciplinary Report by offender AMOS was recorded on video footage and when reviewed, the following incidents had occurred at said play points. At play Point 3:15, offender AMOS spit at this R/O. striking this R/O in the face and making contact in this R/O's right eye. Play point 3:34, offender AMOS spit at this R/O, striking this R/O on the right side of the face. Play Point 17:10, offender AMOS spit at this R/O, striking this R/O in the upper torso. Play point, 32:08, offender AMOS spits at this R/O but misses, then yells "pussy motherfucker". Play point 2:12, offender AMOS stated, "he wishes he could grab this R/O by the neck". Play Points 3:40, 3:43, 8:15, 17:01, 25:46, 26:39, and 28:53 offender AMOS yells to other offenders and states "we need to kill one of these bitches", "tear these pussy mother fuckers up", "kill these pussy as C/O's", "break one of these motherfucker pussy ass wannabe jaw", or "let's kill these bitches" inciting other offenders to try and hurt or kill staff. Play Point 4:13, offender AMOS shouts out of his cell to other offenders "try to dig one of these bitches' eyes out" inciting other offenders to try and gouge out a staff member's eye or eyes. Play point 4:55, offender AMOS yelled "Try to grab one of these bitches by the trachea and snap that motherfucker" with bitches referring to staff. Play points 8:41, 12:40, 13:09, 16:29, 16:42, 16:45, 19:46, 20:19, 23:21, 28:21, 38:14, 31:27, and 31:39 offender AMOS can be observed presenting the "pitchfork" hand gesture. Play point 9:29, offender AMOS stated he is going to kill one of these "motherfuckers", referring to staff. Play point 10:11, offender AMOS stated to this R/O he was going to get one of his brothers to "kill one of you motherfuckers". Play point 14:12, offender AMOS and offender MARTINEZ can be viewed hugging each other while offender AMOS proceeds to start nibbling and kissing offender MARTINEZ'S neck and ear in a sexual type gesture. Play point 16:45, offender AMOS yells to another offender over the gallery "dude named Frazer, drop that motherfucker". Play point 17:28, offender AMOS shouted over the gallery to another offender "on chief, I want you to do this motherfucker dirty, do them dirty" "Kill one of these bitches" "Take them in your cell when they think it's all good, snatch them in your cell, grab them by they motherfucking neck and choke them out, that's on chief" "I want that shit to happen until they acknowledge our lifestyle". Play point 22:58 and 24:56, offender AMOS stated to his neighbor "If you see them take me out of this motherfucker in handcuffs, kill one of these bitches, let's tear this motherfucker up" "I'm going to kill someone and that's on chief. I want you to kill someone and I want every motherfucker that believe in me to kill someone, let's get it". Play point 27:23, offender AMOS attempts to grab or hit this R/O with his hand through the cell bars but was unable to make any contact. At play points 16:59,27:23, 27:56, 28:17, and 28:25, offender AMOS stated to this R/O that he wanted to fight "1 on1", "he will tell everyone to stand down and they won't do shit". Stated he is "drunk" as well. Offender AMOS goes on saying "he gives his word if he tells motherfuckers to stand down, they will stand down" "If me and you box 1 on 1, nobody else will do shit" and "when I tell motherfuckers to shut that shit down, they will shut it down" When this R/O was being relieved by Menard Tact Team, at play point 32:01< offender AMOS shouts "Larry Hoover" (founder of the Gangster Disciple Gang) over the gallery. Offender AMOS is being charged with 601/100 – Aiding and Abetting, Attempting, Solicitation, or Conspiracy of a Violent Assault of any Person, for attempting, making plans, soliciting, and conspiring to cause a person to come into contact with another person in a deadly manner or in a manner that results in serious bodily injury. 102a - Assault with Injury, for causing a bodily substance to come in to contact with a staff member and resulting in this R/O to have an Exposure Panel (blood drawn) performed by Menard Health Care Unit for any type of disease exposure that may have occurred. 105 – Dangerous Disturbances, for causing and directing in an action that threatened the control or security of the facility and endangering the operations of the facility. 107 – Sexual Misconduct, for Engaging in a sexual gesture to intimidate or harass. 111 – Security Threat Group or Unauthorized Organizational Leadership Activity, for assuming a position of authority over other offenders when stating he would tell other offenders to "stand down" when wanting to fight this R/O. 203 – Drugs and Drug Paraphernalia, for self-admitting on being under the influence. 205 – Security Threat Group or Unauthorized Organizational Activity, for giving Security Threat Group or Unauthorized Organizational Hand Signs and shouting Larry Hoover's name over the Gallery. 206 – Intimidation or Threats, for expressing by words and behavior that offender AMOS encouraged economic harm towards this R/O and other staff members. 208 – Dangerous Communications, for engaging in verbal communication that was likely to encourage violence against persons and endanger the safety and security of persons. 304 – Insolence, for talking, gesturing, and harassing behavior that annoys or shoes disrespect.

Committee finds inmate guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.

I/M Amos verified to have resided in cell ECH 9-04 at the time of the charges.

Committee viewed the video of the incident and observed I/M Amos spit on staff, through up gang signs, make threats to staff, yell at other I/M's to assault staff, and video showed I/M Amos and Martinez Hugging.

DOC 0298 was completed for the 203 charge and forwarded to the Substance Abuse Coordinator.

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** AMOS, CORDERO          **IDOC Number:** R73125          **Race:** BLK

**Hearing Date/Time:** 12/1/2020   09:13 AM     **Living Unit:** MEN-N2-02-31     **Orientation Status:** N/A

**Incident Number:** 202001341/1 - MEN          **Status:** Final

## DISCIPLINARY ACTION   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 3 Months C Grade | 3 Months C Grade |
| 1 Year Segregation | 1 Year Segregation |
| 1 Year Commissary Restriction | 1 Year Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:Nature of offense**

## Signatures
### Hearing Committee

| | | Date | Race |
|---|---|---|---|
| SCHOENBECK, JOSHUA A  - Chair Person | *Signature* | 12/01/20 | WHI |
| HART, JASON N | *Signature* | 12/01/20 | BLK |

Recommended Action Approved

## Final Comments: N/A

ANTHONY D WILLS / ADW  12/8/2020                                    12/08/20

**Chief Administrative Officer**                    **Signature**          **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

**Employee Serving Copy to Committed Person**        **When Served - - Date and Time**   12-24-20  3⁰⁰ pm

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

*Exhibit F*
*To show another person went the same day around same tim*

**Name:** BUSH, DAVID  **IDOC Number:** Y29991  **Race:** BLK

**Hearing Date/Time:** 12/1/2020  09:03 AM  **Living Unit:** MEN-N2-04-33  **Orientation Status:** N/A

**Incident Number:** 202001337/1 - MEN  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 11/25/2020 | 202001337/1-MEN | BAKER, JOHN A | EAST CELLHOUSE | 12:15 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 102c | Assault of an Offender<br>*Comments:Rich-M12218* | Guilty |
| 215 | Disobeying a Direct Order Essential to Safety and | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|------------|--------------|----------------|

**No Witness Requested**

## RECORD OF PROCEEDINGS

-Offender appeared before the committee for charges and plead not guilty stating "I was trying to break it up until the C/O sprayed O.C., then I got down on the ground while the fight continued."

## BASIS FOR DECISION

Based on the observation of the reporting employee, while the R/O was at Cell 2-14 in the East Cell House. The R/O was getting Inmate Bush, David Y29991 and Inmate Rich M12218 out for a Mental Health Call Line. As Inmate Bush and Inmate Rich exited Cell 2-14, both inmates started punching Inmate Woods M03664 with closed fists to the head and neck area. Inmate Woods is a cell house worker. The R/O gave several direct orders to stop fighting, which were refused. The R/O then sprayed O.C. Pepper Spray, at which time both inmates stopped fighting. The R/O in addition to C/O Roland #7609 and C/O Crumbacher #3632 placed both inmates in mechanical wrist restraints and escorted to Menard HCU to be evaluated by First Aid and Mental Health. Proper Chain of Command notified. Inmate Rich M12218 and Inmate Bush, David Y29991 were positively identified by State ID.
-Committee finds inmate guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
-Inmate Bush, David Y29991 has a history that includes multiple citations for same charge on 7/21/19, 4/1/49.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 29 Days C Grade | 29 Days C Grade |
| 29 Days  Segregation | 29 Days  Segregation |
| 29 Days Commissary Restriction | 29 Days Commissary Restriction |

**Basis for Discipline:Nature of Offense**

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|-----------|------|------|
| SCHOENBECK, JOSHUA A  - Chair Person | | 12/01/20 | WHI |
| JACKSON, TERRANCE T | | 12/01/20 | BLK |
| Recommended Action Approved | | | |

**Final Comments:** N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** BUSH, DAVID      **IDOC Number:** Y29991      **Race:** BLK

**Hearing Date/Time:** 12/1/2020   09:03 AM      **Living Unit:** MEN-N2-04-33      **Orientation Status:** N/A

**Incident Number:** 202001337/1 - MEN      **Status:** Final

ANTHONY D WILLS / ADW  12/3/2020          12/03/20

**Chief Administrative Officer**          **Signature**          **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

                                 12-8-20          1500

**Employee Serving Copy to Committed Person**          **When Served -- Date and Time**

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** AMOS, CORDERO     **IDOC Number:** R73125     **Race:** BLK

**Hearing Date/Time:** 12/1/2020  09:13 AM     **Living Unit:** MEN-N2-02-31     **Orientation Status:** N/A

**Incident Number:** 202001333/1 - MEN     **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 11/24/2020 | 202001333/1-MEN | WILSON, PLEASANT G | EAST CELLHOUSE | 11:00 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 215 | Disobeying a Direct Order Essential to Safety and | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
-Offender appeared before the committee and plead guilty.

## BASIS FOR DECISION

Based on the observation of the reporting employee, the R/O gave the occupants of Cell 9-04 in the East Cell House to cuff up to be escorted to Seg, due to receiving a curtain ticket earlier in the day. Offender Amos, Cordero R73125 and Offender Martinez, Raul M20833 refused. Sgt. Jackson then gave both offenders a direct order to cuff up and both offenders refused. Lt. Welborn then gave a direct order to the offenders to allow mechanical restraints to be applied and both offenders refused. Major Hudson then gave a direct order to allow mechanical restraints to be applied and both offenders refused. TACT was then utilized to perform a calculated use of force cell extraction. Offender Martinez, Raul M20833 and Offender Amos, Cordero R73125 were identified by State ID and Offender 360.
-Committee finds inmate guilty based on information provided and accepts the written report to be a factual account of the incident and is satisfied the violations occurred as reported.
-Committee finds inmate guilty based on the admission of guilt by the offender.

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 29 Days C Grade | 29 Days C Grade |
| 29 Days  Segregation | 29 Days  Segregation |
| 29 Days Commissary Restriction | 29 Days Commissary Restriction |

**Basis for Discipline:Nature of Offense**

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| SCHOENBECK, JOSHUA A - Chair Person | | 12/01/20 | WHI |
| HART, JASON N | | 12/01/20 | BLK |

Recommended Action Approved

## Final Comments: N/A

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS

## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** AMOS, CORDERO

**Hearing Date/Time:** 12/1/2020   09:13 AM

**Incident Number:** 202001333/1 - MEN

**IDOC Number:** R73125

**Living Unit:** MEN-N2-02-31

**Status:** Final

**Race:** BLK

**Orientation Status:** N/A

---

ANTHONY D WILLS / ADW  12/8/2020

**Chief Administrative Officer**

_A Wills_                                    12/08/20

**Signature**                              **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

_M. Sayers_

**Employee Serving Copy to Committed Person**

_12-24-20    3:00 pm_

**When Served  -- Date and Time**

**Run Date: 12/23/2020 07:49:59**                    Page 2 of 2



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

_Cordero Amos_
Name

_R73125_
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?  (Yes) or  No

    If this is a habeas case, please circle the related statute:   28 U.S.C.  2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?   Yes or No

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:  _____

3.  Should this document be filed in a pending case?   Yes or No

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:  _____

4.  Please list the total number of pages being transmitted:   _39_

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Civil Rights Complaint 1983 | 4 |
| Motion For Recruitment of Counsel | 4 |
| Motion And AFFIDAVIT To Proceed in District Court without Prepaying Fees or costs | 8 |
| Exhibits A,B,C,D,E,F | 23 |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.